# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-4657
_____

ALVA W. FLEMING,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Maureen Horkan, Judge.

September 1, 2020


PER CURIAM.

AFFIRMED.

B.L. THOMAS, OSTERHAUS, and BILBREY, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Alva W. Fleming, pro se, Appellant.

Ashley Moody, Attorney General, and Damaris Reynolds, Assistant Attorney General, Tallahassee, for Appellee.